# JacksonLewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020

**MEMORANDUM ENDORSED**

DIRECT DIAL: (914) 872-6893
EMAIL ADDRESS: REBECCA.MCCLOSKEY@JACKSONLEWIS.COM

September 16, 2020

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:  Sosa v. Social Finance, Inc.**
**Case No. 20-cv-05269 (GHW)**

Dear Judge Woods:

This firm represents Defendant, Social Finance, Inc., in the above-referenced matter.  We write jointly with counsel for Plaintiff to request the adjournment of the Initial Conference presently scheduled for October 16, 2020, pursuant to Rule 1(E) of Your Honor's Individual Practice Rules.  In the alternative, the parties request a modification of your Order requiring mediation to be completed two weeks before the Initial Pretrial Conference because the parties are not available on any of the six dates proposed by the Mediation Office.

On July 12, 2020, you issued an Order referring this matter to mediation and directing the Mediation Office to assign a mediator by July 22, 2020.  Your July 12, 2020 Order also required the mediation to take place at least two weeks before the Initial Pretrial Conference.

On September 14, 2020, this firm contacted the Mediation Office about this case because the Mediation Office had not contacted the parties.  On September 15, 2020, the Mediation Office contacted the parties and offered to schedule a mediation session on September 25, 28, 29, 30, or October 1 or 2, 2020.  The parties are not available on any of the proposed dates.

The parties would like to attempt to resolve this case through mediation and prior to having to appear for the Initial Conference.  This is the first request for an adjournment of the Initial Conference in this matter.  No other deadlines have been scheduled in this case.  Thank you for your consideration of this request.

---

Application granted.  The Initial Pretrial Conference scheduled for October 16, 2020, Dkt No. 6, is adjourned to December 16, 2020 at 3 p.m.  Per the Notice of Initial Pretrial Conference, Dkt No. 6, the parties are required to submit a Proposed Case Management Plan and Joint Letter advising the Court of the status of the case no later than one week prior to the conference.  The deadline for the parties to submit the Proposed Case Management Plan and Joint Letter is December 9, 2020.

SO ORDERED.

Dated: September 17, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge