UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YONY SOSA, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiff,

v.

SOCIAL FINANCE, INC.,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-5269

ECF CASE

**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, YONY SOSA, and Defendant, SOCIAL FINANCE, INC., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       December 8, 2020

| | |
|---|---|
| **GOTTLIEB & ASSOCIATES** | **JACKSON LEWIS P.C.** |
| _/s/ Jeffrey M. Gottlieb_ | _/s/ Rebecca M. McCloskey_ |
| Jeffrey M. Gottlieb, Esq., (JG-7905) | Rebecca M. McCloskey, Esq. |
| 150 East 18th Street, Suite PHR | 44 South Broadway |
| New York, NY 10003 | White Plains, NY 10601 |
| Phone: (212) 228-9795 | Phone: (914) 872-6893 |
| Fax: (212) 982-6284 | Rebecca.McCloskey@jacksonlewis.com |
| Jeffrey@Gottlieb.legal | |
| *Attorneys for Plaintiffs* | *Attorney for Defendant* |